United States District Court
For the Northern District of California

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| ANGIOLOGIX INC., a Delaware corporation,<br>Plaintiff,<br>v.<br>MARIA A. MERCHANT, ET AL.,<br>Defendants.<br>AND RELATED COUNTER-ACTION | Case No.: 11-CV-00434-LHK<br>**ORDER CONTINUING CASE MANAGEMENT CONFERENCE** |
| EVERIST GENOMICS, INC., a Michigan corporation,<br>Plaintiff,<br>v.<br>MARIA A. MERCHANT, ET AL.,<br>Defendants.<br>AND RELATED COUNTER-ACTION | Case No.: 11-CV-00437-LHK |

On September 28, 2011, the parties filed a joint case management statement informing the Court that the parties "have reached a written settlement of both related cases. The settlement agreement has been signed by all parties and provides for dismissal of both related actions upon

completion of closing conditions.  The parties anticipate that stipulations for dismissal will be submitted to the Court within no more than two weeks." ECF No. 28.

The Court filed an Order on September 30, 2011 continuing the case management conference set for October 5, 2011 to October 19, 2011, at 2:00 p.m. in the related case of Angiologix Inc. v. Merchant, 11-CV-00434.  ECF No. 33.  To clarify, the September 30 Order applies to both related cases.  Therefore, the case management conference for Everist Genomix, Inc. v. Merchant, 11-CV-00437 set for October 5, 2011 is also continued to October 19, 2011, at 2:00 p.m.  If the parties for both related cases file their stipulations of dismissal by 5:00 p.m. PST, on Friday, October 14, 2011, the Court will vacate the case management conference.  Otherwise, all parties will be expected to attend the October 19, 2011 case management conference.

**IT IS SO ORDERED.**

Dated: October 4, 2011

_____
LUCY H. KOH
United States District Judge