MICHAEL R. MATTHIAS, Bar No. 57728
BAKER & HOSTETLER LLP
12100 Wilshire Blvd., 15th Floor
Los Angeles, CA  90025-7120
Telephone:    310.820.8800
Facsimile:    310.820.8859
Email:        mmatthias@bakerlaw.com

Attorneys for Plaintiffs and Counter-Defendants
ANGIOLOGIX INC. and EVERIST GENOMICS, INC.
and Counter-Defendants WILLIAM WORZEL, STEVE EVERIST,
TOM EVERIST, PRASAD SUNKARA, ALEX CHARLTON, and
NORTHSTAR CAPITAL ADVISORS GROUP, LLC

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANGIOLOGIX INC., a Delaware corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARIA A. MERCHANT, ET AL.<br><br>Defendants.<br><br>AND RELATED COUNTER ACTION | Case No.  CV 11-00434 LHK<br><br>Honorable Lucy H. Koh<br><br>**STIPULATION FOR DISMISSAL** |
| EVERIST GENOMICS, INC., a Michigan corporation,<br><br>Plaintiff,<br><br>v.<br><br>MARIA A. MERCHANT, ET AL.<br><br>Defendants.<br><br>AND RELATED COUNTER ACTION | Case No. CV 11-00437 LHK |

BAKER & HOSTETLER LLP
ATTORNEYS AT LAW
LOS ANGELES

IT IS HEREBY STIPULATED by and between the Plaintiffs and Counter-Defendants ANGIOLOGIX INC. and EVERIST GENOMICS, INC. and Counter-Defendants WILLIAM WORZEL, STEVE EVERIST, TOM EVERIST, PRASAD SUNKARA, ALEX CHARLTON, and NORTHSTAR CAPITAL ADVISORS GROUP, and Defendants and Counter-Claimants MARIA A. MERCHANT and ALEXANDR S. PARFENOV and Defendant ANGIOSCAN LTD. through their designated attorneys of record, that the above-captioned actions be and hereby are dismissed with prejudice pursuant to FRCP 41(a)(1), with all parties to bear their own costs and attorneys' fees.

Dated: October 18, 2011

BAKER & HOSTETLER LLP
MICHAEL R. MATTHIAS

s/Michael R. Matthias
Michael R. Matthias
Attorneys for Plaintiffs and Counter-Defendants
ANGIOLOGIX INC. and EVERIST GENOMICS, INC.
and Counter-Defendants WILLIAM WORZEL, STEVE EVERIST, TOM EVERIST, PRASAD SUNKARA, ALEX CHARLTON, and NORTHSTAR CAPITAL ADVISORS GROUP, LLC

Dated: October 18, 2011

MCPHARLIN SPRINKLES
 & THOMAS LLP

s/Thomas R. Hogan
Thomas R. Hogan
Attorneys for Defendants and Counter-Claimants
MARIA A. MERCHANT and ALEXANDR S. PARFENOV, and DEFENDANT ANGIOSCAN LTD.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, SAN JOSE DIVISION

| | |
|---|---|
| ANGIOLOGIX INC., a Delaware corporation, | Case No. CV 11-00434 LHK |
| Plaintiff, | Honorable Lucy H. Koh |
| v. | |
| MARIA A. MERCHANT, ET AL. | **[PROPOSED] ORDER ON STIPULATION FOR DISMISSAL** |
| Defendants. | |
| AND RELATED COUNTER ACTION | |
| EVERIST GENOMICS, INC., a Michigan corporation, | Case No. CV 11-00437 LHK |
| Plaintiff, | |
| v. | |
| MARIA A. MERCHANT, ET AL. | |
| Defendants. | |
| AND RELATED COUNTER ACTION | |

After considering the stipulation between the parties filed in this matter, and good cause appearing, IT IS HEREBY ORDERED THAT the above-captioned actions are DISMISSED with prejudice pursuant to FRCP 41(a)(1), with all parties to bear their own costs and attorneys' fees

IT IS SO ORDERED.

Dated: October 18, 2011

*Lucy H. Koh*
HONORABLE LUCY H. KOH